PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HBK SORCE FINANCIAL, LLC., *et al.*, | ) | CASE NO. 4:10CV02284 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| AMERIPRISE FINANCIAL SERVICES, INC., *et al.*, | ) | **MEMORANDUM OF OPINION AND ORDER (1) ADOPTING DEFENDANTS' PROTECTIVE ORDER AND (2) GRANTING A STAY OF THE FEDERAL LITIGATION AND COMPELLING THE MATTER TO ARBITRATION** [Resolving ECF Nos. 5, 21, 23, 25, 27, 31, & 37] |
| Defendants. | ) | |

Plaintiffs' HBK Sorce Financial, LLC and Defendants' Amerprise Financial Services, Inc. submitted competing Proposed Protective Orders, despite the Court's instruction that a jointly stipulated order be filed. ECF 04/14/2011; *see also* ECF Nos. 54-1, 55-1. The Court issues the Protective Order proposed by Defendants as it most closely meets the standards set by the Northern District of Ohio with few modifications.[1] *See* Local Rule–Appendix L. Should matters arise that are not covered by the issued Protective Order, the parties may notify the Court.

The Court grants a Stay of the instant federal litigation and compels the matter to the American Arbitration Association ("AAA") arbitration, resolving ECF Nos. 21, 23, 25, 27, 31, & 37. *See* ECF Nos. 40, 41, & 50. The docket reflects that the parties have previously elected and submitted the dispute to AAA arbitration. *See* ECF Nos. 50, 51.

---

[1] Counsel is obligated to file a joint Status Report every forty-five (45) days hence notifying the Court of the progress of the arbitration until the earlier of the end of the arbitration or Stay. *See* ECF 04/14/2011.

(4:10CV02284)

      The Court denies the Motion for Preliminary Injunction as moot without prejudice to the resurrection of any issues raised in the motion for preliminary injunction not resolved by arbitration (ECF No. 5).  The denial of the Motion for Preliminary Injunction is not prejudicial given the AAA requirement that the parties maintain the *status quo*.

      IT IS SO ORDERED.

| | |
|---|---|
|  June 2, 2011 |  */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |